[No. 29499-7-I.     Division One.     April 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY MAURICE MOUTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02540-8, Jim Bates, J., entered October 14, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Pekelis, J.

[No. 31714-8-I.     Division One.     April 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWTON L. HARTELROAD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00712-1, Joseph A. Thibodeau, J., entered October 23, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Kennedy, J.

[No. 28498-3-I.     Division One.     April 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER HOFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00838-8, Paul D. Hansen, J., entered May 29, 1991. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., Baker, J., dissenting.